STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM SUDOL, DEFENDANT-PETITIONER.

*Mr. William Sudol in propria persona.*

*Mr. Charles S. Joelson* and *Mr. Archibald Kreiger* for the respondent.

October 21, 1957.   Denied.

EDGAR A. NEWBERRY, *ET AL.*, PETITIONERS, v. AARON K. NEELD, DIRECTOR, *ETC.*, RESPONDENT.

See same case below:   46 *N. J. Super.* 216.

*Mr. Thomas L. Zimmerman* for the petitioners.

*Mr. Grover C. Richman, Jr.,* and *Mr. Joseph A. Jansen* for the respondent.

October 21, 1957.   Denied.